IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KATHLEEN ELLEN HICKS**                                                                                         **PLAINTIFF**

v.                                      Case No: 4:20-cv-00804 KGB

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                                       **DEFENDANT**

### ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 24). The Recommended Disposition recommends that this Court reverse the Commissioner's decision and remand the matter to the Commissioner for reconsideration of plaintiff Kathleen Ellen Hicks's residual functional capacity (*Id*., at 8). No objections have been filed, and the time to file objections has passed. After reviewing the Recommended Deposition, the Court adopts the Recommended Disposition and its findings in all respects (*Id*.).

It is therefore ordered that the Commissioner's decision is reversed and remanded with instructions to develop the record as necessary and to reconsider Ms. Hicks's residual functional capacity and the medical evidence. This case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So ordered this 1st day of November, 2021.

                                                                                                                Kristine G. Baker
                                                                                                                United States District Judge