IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KATHLEEN ELLEN HICKS**                                                                **PLAINTIFF**

v.                      Case No: 4:20-cv-00804 KGB

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                            **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter this date, it is considered, ordered, and adjudged that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

So adjudged this 1st day of November, 2021.

                                                                    _/s/ Kristine G. Baker_
                                                                      Kristine G. Baker
                                                                      United States District Judge