IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KATHLEEN ELLEN HICKS**                                                                                   **PLAINTIFF**

v.                                    **Case No. 4:20-cv-00804 KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                          **DEFENDANT**

### ORDER

Before the Court is plaintiff Kathleen Ellen Hicks's motion for award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (Dkt. No. 27). Ms. Hicks requests attorney fees, costs of court, and expenses of litigation under the EAJA in the total amount of $8,642.80 (*Id.*, at 1). The Commissioner has responded and does not object to an award of reasonable attorney fees under the EAJA (Dkt. No. 29, at 1). The Commissioner submits that a reasonable award of EAJA fees and expenses for the services rendered in this case would be $8,242.50 and a reasonable reimbursement of costs incurred in this action would be $400.00 (*Id.*, at 2).

For good cause shown, the Court grants Ms. Hicks' motion (Dkt. No. 27). After review of the record, the Court finds that the hours spent by counsel were reasonable. The Court approves attorney's fees and expenses in the amount of $8,242.50 and costs in the amount of $400.00. The EAJA fee award shall be made payable to Ms. Hicks in the care of and mailed to her counsel, but subject to any offset to satisfy any pre-existing debt owed by Ms. Hicks to the United States. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010) (holding that an award of fees under the EAJA is payable to the litigant and is therefore subject to a government offset to satisfy the litigant's pre-existing debt to the United States). The Commissioner shall certify this award.

So ordered this 6th day of May, 2022.

_____
Kristine G. Baker
United States District Judge